IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELIJAH JAMES | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 5:06-CV-402(CAR) |
| CITY OF FORSYTH, et al., | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs.

SO STIPULATED, this 17th day of August, 2007.

For the Plaintiff:

_____
Paul Chrisitian
Ga. Bar No.*********
Attorney for Plaintiff

For the Defendants:

_____
William M. Clifton III
Ga. Bar No. 170176
Constangy, Brooks & Smith, LLC

208432.1